MELINDA RIECHERT (SBN 65504)
mriechert@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone:   +1 650 614 7400

Facsimile:   +1 650 614 7401

Attorney for Defendant
CROSS COUNTRY STAFFING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JORGE ISAAC FUENTES AVILA, an individual, | Case No. 2:24-cv-1495 |
| Plaintiff, | Los Angeles Superior Court Case No. 24STCV01366 |
| v. | **DECLARATION OF MARC KRUG #1 IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441(b), and 1446** |
| CROSS COUNTRY STAFFING, INC.; a Delaware corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

I, MARC KRUG declare as follows:

1.     I am President for Defendant Cross Country Staffing. I make this declaration based on personal knowledge or on information and belief based on a review of employee records and, if called upon to do so, could testify competently thereto.

2.     In my capacity as President for Cross Country Staffing, I am generally knowledgeable about the company's corporate structure, including where its principal place of business is and where it was incorporated.

3.     Cross Country Staffing was incorporated in Delaware on July 29, 1999. Further, Cross Country Staffing's headquarters, and thus its principal place of business, is in Boca Raton, Florida.  Its management team, including its Chief Executive Officer, General Counsel, Chief Financial Officer and Chief Human Resources Officer all work out of the office in Boca Raton, Florida and the Company's books and records are located there.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of February 2024, in Boca Raton, Florida.



MARC KRUG

- 1 -

DECLARATION OF MARC KRUG #1 ISO NOTICE OF REMOVAL FROM STATE COURT